**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 13-CV-01791-RM-KMT

BRIANA GARCIA,

    Plaintiff

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

---

**ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE**

---

    THIS MATTER, coming before the Court upon the Stipulation for Dismissal with Prejudice executed by Plaintiff, Briana Garcia, and by Defendant, American Family Mutual Insurance Company, and the Court having reviewed the Stipulation and being fully advised,

    IT IS HEREBY ORDERED that all claims which were brought and all claims arising out of the captioned matter which could have been brought by Plaintiff, Briana Garcia, against Defendant, American Family Mutual Insurance Company, are hereby dismissed WITH PREJUDICE, with each party to pay their own costs and fees.

    DATED this 17th day of December, 2013.

                                            BY THE COURT:

                                            RAYMOND P. MOORE
                                            United States District Judge